THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN J. BRENNAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 13, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Kings County Court, rendered February 1, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*David L. Malbin* and *George Rosling* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff* and *Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

LIBERTY ADJUSTMENT COMPANY, INC., Respondent, v. MAURICE GILLETTE et al., Appellants.

*Landlord and tenant — false representations — pleading — sufficiency of complaint in action to recover moneys deposited and expended and for damages arising from false representation whereby plaintiff was induced to sublease premises.*

*Liberty Adjustment Co., Inc.,* v. *Gillette,* 215 App. Div. 805, affirmed.

(Submitted October 7, 1926; decided October 22, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1926, which affirmed an order of Special Term denying a motion by defendants for a dismissal of the complaint which alleged that plaintiff, through the false representations of defendants, had been induced to sublease certain premises of which defendants were lessors and demanded judgment for the amount of moneys deposited and expended and for damages.

The following question was certified: " Does the complaint herein state facts sufficient to constitute a cause of action? "

*Jerome A. Strauss* for appellants.

*Philip E. Rosenblum* and *Samuel I. Ferguson* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Stogop Realty Co., Inc., et al., Respondents, *v.* National Surety Company et al., Appellants.

*Principal and surety — landlord and tenant — action to recover upon surety bond for failure of lessee to make improvements as required by lease.*

*Stogop Realty Co., Inc.,* v. *National Surety Co.,* 216 App. Div. 198, affirmed.

(Argued October 7, 1926; decided October 22, 1926.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1926, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court. The action was to recover upon a surety bond for failure of the principal to complete certain alterations and improvements according to the terms of a lease between plaintiff as lessor and said principal as lessee.

*Carlisle Norwood* and *Thomas L. Walsh* for appellants.
*Ralph Wolf* and *Henry Abelson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Knute Haugen, Respondent, *v.* John B. Breymann et al., Copartners under the Firm Name of George H. Breymann & Son, Appellants.

*Negligence — master and servant — ships and shipping — sinking of vessel through negligence of owner — action by seaman to recover for injury to health occasioned by fall into water.*

*Haugen* v. *Breymann,* 217 App. Div. 753, affirmed.

(Argued October 7, 1926; decided October 22, 1926.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1926, reversing a judgment in favor of defendants